**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| SEGA OF AMERICA, INC., *Plaintiff,* <br><br> v. <br><br> CONSOVOY MCCARTHY PLLC, *Defendant.* | Case No. 1:25-cv-257 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Before the Court is the Motion to Dismiss First Amended Complaint filed by Defendant Consovoy McCarthy PLLC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Upon consideration of Defendant's motion, the Court concludes that Plaintiff has failed to plausibly allege a claim upon which relief should be granted, and the Complaint must be dismissed in its entirety.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint (Doc. 20) is dismissed with prejudice.

**IT IS SO ORDERED.**

_____
Honorable Claude M. Hilton
United States District Judge

Entered this ____ day of _____, _____.