IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SEGA OF AMERICA, INC.,                )
                                      )
    Plaintiff,                        )
                                      )
v.                                    ) Civil Action No. 1:25-cv-257
                                      )
CONSOVOY MCCARTHY PLLC,               )
                                      )
    Defendant.                        )

## ORDER

THIS MATTER comes before the Court on Defendant Consovoy McCarthy PLLC's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). It appearing to the Court that the Complaint states a claim upon which recovery may be had, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 31, 2025

1