# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| SEGA OF AMERICA, INC.,<br>　　　　　　　　　　*Plaintiff*,<br>　v.<br>CONSOVOY MCCARTHY PLLC,<br>　　　　　　　　　　*Defendant*. | Case No. 1:25-cv-257 |

## NOTICE OF APPEAL

Defendant Consovoy McCarthy PLLC hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order entered in this action on July 31, 2025.

Dated: August 1, 2025

Respectfully submitted,

*/s/ Bryan Weir*
Thomas R. McCarthy (VA Bar No. 47154)
Bryan Weir (VA Bar No. 82787)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
bryan@consovoymccarthy.com

*Counsel for Consovoy McCarthy PLLC*

## CERTIFICATE OF SERVICE

I certify that on August 1, 2025, I filed this document via the Court's CM/ECF system, which will email everyone requiring notice.

*/s/ Bryan Weir*
Bryan Weir