**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

SEGA OF AMERICA, INC.,

*Plaintiff,*

v.

CONSOVOY MCCARTHY PLLC,

*Defendant.*

Case No. 1:25-cv-257

**JOINT STATUS REPORT**

Plaintiff Sega of America, Inc. and Defendant Consovoy McCarthy PLLC jointly report the following to inform the Court of settlement administration status:

1.      On December 16, 2025, the parties requested a stay of proceedings pending the administration of the parties' global settlement agreement. Dkt. 70.

2.      On December 17, 2025, the Court granted the parties' joint motion to stay proceedings and ordered that the parties submit a joint status report every 60 days from the entry of that Order to inform the Court of the status of settlement administration and an expected timeline for final resolution of this case. Dkt. 71.

3.      The Fourth Circuit had previously entered similar stay orders concerning Defendant's appeals from district court orders in this case. *See* Dkt. 69. Those appeals remain stayed, as do proceedings in this Court.

4.      This is the parties' first joint status report since the Court entered a stay of proceedings. *See* Dkt. 71.

5.      The parties report that they are in the midst of the settlement administration process. Individuals in the underlying arbitrations with Sega that gave rise to this dispute are being contacted, informed, and given an opportunity to consider and accept the settlement of those underlying arbitrations.

1

6.    The parties continue to diligently conduct the settlement administration process and anticipate completing the process on the expected timeline. *See* Dkt. 70, at 1 (stating that the parties expect the settlement administration phase to take "approximately six months" from the submission of that joint motion on December 16, 2025).

7.    In compliance with the Court's Order, Dkt. 71, the parties will submit their next joint status report in 60 days (on April 14, 2026).

8.    Once settlement administration is complete, the parties remain prepared to stipulate to dismiss this action.

Dated: February 13, 2026                           Respectfully submitted,

/s/ Paul Werner                                         /s/ Bryan Weir
Paul Anthony Werner III (VA Bar. No. 48910)    Thomas R. McCarthy (VA Bar No. 47154)
Maria-Laura C. Coltre (VA Bar No. 92177)       Bryan Weir (VA Bar No. 82787)
SHEPPARD MULLIN RICHTER & HAMPTON LLP          CONSOVOY MCCARTHY PLLC
2099 Pennsylvania Avenue, NW, Ste. 700          1600 Wilson Blvd., Ste. 700
Washington, DC 20006                            Arlington, VA 22209
(202) 747-1931                                  (703) 243-9423
(202) 747-3817                                  tom@consovoymccarthy.com
pwerner@sheppardmullin.com                      bryan@consovoymccarthy.com
mcoltre@sheppardmullin.com

                                                *Counsel for Consovoy McCarthy PLLC*
P. Craig Cardon (*pro hac vice*)
Jay T. Ramsey (*pro hac vice*)
Sheppard, Mullin, Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310-228-3700
Facsimile: 310-228-3701
ccardon@sheppardmullin.com
jramsey@sheppardmullin.com

*Counsel for Sega of America, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on February 13, 2026, I filed this document via the Court's CM/ECF system, which will email everyone requiring notice.

          */s/ Bryan Weir*
          Bryan Weir